IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, *et al* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:14-cv-00967 |
| DAVID WEIL, *et al* | )<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' MOTION FOR
EXPEDITED PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7, and the Expedited Briefing Schedule ordered by this Court, Plaintiffs Home Care Association of America, *et al* ("Plaintiffs"), through counsel, respectfully move that this Court enter expedited partial summary judgment against Defendants, the U.S. Department of Labor's Wage Hour Administrator, the Secretary of Labor, and the U.S. Department of Labor.  Plaintiffs seek a declaratory judgment and a permanent injunction preventing any and all agency action to implement or enforce the "third party employer" provisions of the Final Rule entitled "Application of the Fair Labor Standards Act to Domestic Service; Final Rule," 29 C.F.R. Part 552, 78 Fed. Reg. 604554 (Oct. 1, 2014) (hereafter the "new Rule").  As further set forth in Plaintiffs' attached Memorandum in support of their motion, the challenged Rule impermissibly exceeds the Defendants' statutory authority under the Fair Labor Standards Act and is arbitrary and capricious in violation of the Administrative Procedure Act. Absent the requested declaratory and injunctive relief, the new Rule is scheduled to go into effect on January 1, 2015.

In further support for this Motion, Plaintiffs respectfully refer the Court to the attached Memorandum in support of their Motion, and their Affidavit in support of standing. A proposed order is also attached.

Wherefore, Plaintiffs requests that their Motion for Expedited Partial Summary Judgment be granted. A proposed Order and an Affidavit establishing standing are attached along with the Memorandum of Law. The challenged Rule is attached to ABC's Complaint.

Respectfully submitted,

/s/ Maurice Baskin

Maurice Baskin
D.C. Bar No. 248898
Littler Mendelson, P.C.
1150 17th St., N.W.
Washington, D.C. 20036
202-772-2526
mbaskin@littler.com

William A. Dombi
D.C. Bar No. 445832
Center for Health Care Law
228 Seventh Street, SE
Washington, D.C. 20003
Telephone: (202) 547-5262
Facsimile: (202) 547-7126
wad@nahc.org

Attorneys for Plaintiffs