**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, *et al.* ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DAVID WEIL, *et al.* ) <br> ) <br> Defendants. ) | Case No. 1:14-cv-00967 |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD EXHIBITS RELIED UPON BY THE PARTIES WITH RESPECT TO DISPOSITIVE MOTIONS**

Pursuant to the Court's July 22, 2014 Order [ECF No. 7] and Local Civil Rule 7(n), the parties have jointly prepared this appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to the parties' pending dispositive motions.[1]

| **Tab** | **Document** | **Date** |
|---|---|---|
| A | Notice of Proposed Rulemaking, Application of the Fair Labor Standards Act to Domestic Service, 76 Fed. Reg. 81,190 ("NPRM") | Dec. 27, 2011 |
| B | Extension of Comment Period, 77 Fed. Reg. 11,021 | Feb. 24, 2012 |
| C | Extension of Comment Period, 77 Fed. Reg. 14,688 | Mar. 13, 2012 |
| D | Comment on NPRM by International Franchise Association | Submitted Mar. 21, 2012 |
| E | Attachment to Comment on NPRM by International Franchise Association | |
| F | Comment on NPRM by National Private Duty Association (now called the Home Care Association of America) | Submitted Mar. 21, 2012 |

---

[1] In their July 10, 2014 stipulation, ECF No. 6, the parties waived the filing of an initial designation of the Administrative Record, and agreed to file a joint appendix with the filing of the final brief in this case. This filing serves as compliance with Loc. Civ. R. 7(n) in this case, to the extent that rule applies.

| | | |
|---|---|---|
| G | Comment on NPRM by National Association for Home Care & Hospice | Submitted Mar. 21, 2012 |
| H | Attachment 1 to Comment on NPRM by National Association for Home Care & Hospice | |
| I | Attachment 2 to Comment on NPRM by National Association for Home Care & Hospice | |
| J | Attachment 3 to Comment on NPRM by National Association for Home Care & Hospice | |
| K | Submission as Comment on NPRM: Navigant Economics, Estimating the Economic Impact of Repealing the FLSA Companion Care Exemption, Jeffrey A. Eisenach and Kevin W. Caves | Submitted April 5, 2012 |
| L | Final Rule, Application of the Fair Labor Standards Act to Domestic Service, 78 Fed. Reg. 60,454 | Oct. 1, 2013 |

Dated:  September 9, 2014            Respectfully submitted,

/s/ Maurice Baskin_____
MAURICE BASKIN (DC Bar No. 248898)
Littler Mendelson, P.C.
1150 17th St., N.W.
Washington, D.C. 20036
202-722-2526
mbaskin@littler.com

Attorney for Plaintiff

| | |
|---|---|
| M. PATRICIA SMITH<br>Solicitor of Labor | STUART F. DELERY<br>Assistant Attorney General |
| JENNIFER S. BRAND<br>Associate Solicitor | RONALD C. MACHEN, JR.<br>United States Attorney |
| PAUL L. FRIEDEN<br>Counsel for Appellate Litigation | JUDRY L. SUBAR<br>Assistant Branch Director |
| MELISSA A. MURPHY<br>Senior Attorney | /s/ Julie S. Saltman_____<br>JULIE S. SALTMAN (DC Bar No. 975015)<br>Trial Attorney |
| SARAH K. MARCUS<br>Attorney<br>U.S. Department of Labor<br>200 Constitution Ave NW, N-2716<br>Washington, DC  20210 | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W., Room 7111<br>Washington, D.C.  20530<br>Tel: (202) 532-4252<br>Fax: (202) 616-8470 |

2

Email: Julie.saltman@usdoj.gov

Attorneys for Defendants