UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOME CARE ASSOCIATION OF )
AMERICA, *et al.*, )
)
    Plaintiffs, )
)
v. )  Case No. 14-cv-967 (RJL)
)
DAVID WEIL, *et al.*, )
)
    Defendants. )

**FILED**
DEC 3 1 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth by the Court orally this date, it is this 31st day of December, 2014, hereby

**ORDERED** that Plaintiffs' Emergency Motion for Temporary Stay of Agency Action [Dkt. #23] is **GRANTED** to the extent it requests, in essence, a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b); and it is further

**ORDERED** that the Department of Labor's regulation defining "Companionship services," promulgated in 78 Fed. Reg. 60,557 and to be codified at 29 C.F.R. § 552.6, which is due to go into effect tomorrow, January 1, 2015, is hereby **STAYED** temporarily from going into effect until January 15, 2015.

                                                */s/ Richard J. Leon*
                                                RICHARD J. LEON
                                                United States District Judge