UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOME CARE ASSOCIATION OF AMERICA, *et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | ) ) ) ) ) ) | Case No. 14-cv-967 (RJL) |
| DAVID WEIL, *et al.*, | | FILED |
| Defendants. | | JAN 0 8 2015 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>MEMORANDUM ORDER</u>
(January 8, 2015)

Having reviewed the briefing submitted by the government on Monday and by the plaintiffs on Wednesday, and in light of the expiration of the temporary stay next week, I have determined that it is in the best interests of justice to consolidate the pending preliminary injunction hearing with consideration of the merits of this issue, pursuant to Federal Rule of Civil Procedure 65(a)(2). For the purposes of any appeal, the ruling on the merits here should be joined as soon as possible with my December 22, 2014, Opinion and Order vacating the Department of Labor's proposed Third Party Employment regulation [Dkt. ## 21, 22], as both involve interpreting the same statutory provision. In the absence of consolidation, the Court would have to require expedited briefing due within a month or two in order to allow for the merits of the two issues to proceed together on appeal.

Separate consideration of the preliminary injunction and the merits is not in the interests of the parties, who have submitted fulsome briefs on the merits based on the

1

already-developed administrative record; the public, which deserves speedy resolution of an issue of widespread impact; or the Court, which has an impending 5 to 6 week criminal trial. Although in light of the extensive briefing the Court has received, I have no reason to believe the parties will find it necessary, the parties may, but are not required to, supplement their briefing on the merits by noon on Friday, January 9, 2015. Accordingly, it is hereby

**ORDERED** that the preliminary injunction hearing is **CONSOLIDATED** with the trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2); it is further

**ORDERED** that the parties shall have until 12:00 p.m. on Friday, January 9, 2015, to submit supplemental briefing on the merits as they see necessary; and it is further

**ORDERED** that the Court will hear oral argument on the merits on Friday, January 9, 2015, at 2:30 p.m.

_____
RICHARD J. LEON
United States District Judge