UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOME CARE ASSOCIATION OF AMERICA, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 14-cv-967 (RJL) |
| DAVID WEIL, *et al.*, | ) ) ) | **FILED** |
| Defendants. | ) | JAN 1 4 2015 |

ORDER

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the Memorandum Opinion entered this date, it is this 14th day of January, 2015, hereby

**ORDERED** that plaintiffs' motion for summary judgment [Dkt. #23] is **GRANTED**; and it is further

**ORDERED** that the Department of Labor's regulation defining "companionship services," promulgated in 78 Fed. Reg. 60,557 and to be codified at 29 C.F.R. § 552.6, is **VACATED**.

_____
RICHARD J. LEON
United States District Judge