IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOME CARE ASSOCIATION OF AMERICA, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:14-cv-00967 |
| DAVID WEIL, *et al.* ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR FINAL JUDGMENT UNDER RULE 58(a)

This action was brought to challenge two aspects of a rule published by the United States Department of Labor on October 1, 2013 at 78 Fed. Reg. 60,454, one having to do with the definition of the term "companionship services" as used in a provision of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and one relating to the application of an exemption from the FLSA to "third party employers." On January 14, 2015, this Court entered an order vacating the companionship-services regulation. ECF No. 33. On December 22, 2014, this Court entered an order vacating the Department's third-party employment regulation. ECF No. 22. Together these rulings disposed of all of the claims in the case. Accordingly, in an abundance of caution and to eliminate any question regarding appellate jurisdiction, defendants respectfully request that the Court issue final judgment under Rule 58(a) on this action in its entirety. Plaintiffs' counsel indicated that plaintiffs do not oppose this motion.

| | |
|---|---|
| Dated: January 16, 2015 | Respectfully submitted, |
| M. PATRICIA SMITH<br>Solicitor of Labor | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| JENNIFER S. BRAND<br>Associate Solicitor | RONALD C. MACHEN, JR.<br>United States Attorney |
| PAUL L. FRIEDEN<br>Counsel for Appellate Litigation | JUDRY L. SUBAR<br>Assistant Branch Director |
| MELISSA A. MURPHY<br>Senior Attorney | /s/ Julie S. Saltman<br>JULIE S. SALTMAN (DC Bar No. 975015)<br>Trial Attorney |
| SARAH K. MARCUS<br>Attorney<br>U.S. Department of Labor<br>200 Constitution Ave NW, N-2716<br>Washington, DC  20210 | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W., Room 7111<br>Washington, D.C.  20530<br>Tel: (202) 532-4252<br>Fax: (202) 616-8470<br>Email: Julie.saltman@usdoj.gov |
| | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                      _/s/ Julie S. Saltman_____
                                      JULIE S. SALTMAN