**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
HOME CARE ASSOCIATION OF AMERICA, *et al.*   )
                                              )
      Plaintiffs,                            )
                                              )   Case No. 1:14-cv-00967
v.                                            )
                                              )
DAVID WEIL, *et al.*                          )
                                              )
      Defendants.                            )
_____  )

**NOTICE OF APPEAL**

    PLEASE TAKE NOTICE that Defendants, David Weil, in his official capacity as Administrator of the Wage & Hour Division, United States Department of Labor; Thomas E. Perez, in his official capacity as Secretary of the United States Department of Labor; and the United States Department of Labor, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's December 22, 2014 Order, ECF No. 22, and January 14, 2015 Order, ECF No. 33.

    Respectfully submitted January 22, 2015,

| | |
|---|---|
| M. PATRICIA SMITH | JOYCE R. BRANDA |
| Solicitor of Labor | Acting Assistant Attorney General |
| | |
| JENNIFER S. BRAND | RONALD C. MACHEN, JR. |
| Associate Solicitor | United States Attorney |
| | |
| PAUL L. FRIEDEN | JUDRY L. SUBAR |
| Counsel for Appellate Litigation | Assistant Branch Director |
| | |
| MELISSA A. MURPHY |   /s/ Julie S. Saltman |
| Senior Attorney | JULIE S. SALTMAN (DC Bar No. 975015) |
| | Trial Attorney |
| SARAH K. MARCUS | United States Department of Justice |
| Attorney | Civil Division, Federal Programs Branch |
| U.S. Department of Labor | 20 Massachusetts Avenue N.W., Room 7111 |

200 Constitution Ave NW, N-2716  Washington, D.C.  20530
Washington, DC  20210  Tel: (202) 532-4252
Fax: (202) 616-8470
Email: Julie.saltman@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

             */s/ Julie S. Saltman*
             JULIE S. SALTMAN