# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5018**  **September Term, 2014**

FILED ON: AUGUST 21, 2015

HOME CARE ASSOCIATION OF AMERICA, ET AL.,
APPELLEES

v.

DAVID WEIL, SUED IN HIS OFFICIAL CAPACITY, ADMINISTRATOR, WAGE & HOUR DIVISION, ET AL.,
APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:14-cv-00967)

Before: GRIFFITH, SRINIVASAN and PILLARD, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded for the entry of summary judgment in favor of the Department, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 10/13/2015
BY: /s/, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Ken Meadows
Deputy Clerk

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By /s/ Deputy Clerk

Date: August 21, 2015

Opinion for the court filed by Circuit Judge Srinivasan.